Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CIVIL Division

| | |
|---|---|
| George H. Finn <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> United States of America <br> et al <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case: 1:25-cv-03374 JURY DEMAND <br> Assigned To : Friedman, Paul L. <br> Assign. Date : 9/22/2025 <br> Description: Pro Se Gen. Civ. (F-DECK) <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No <br><br> RECEIVED <br> Mailroom <br> SEP 2 2 2025 <br> Angela D. Caesar, Clerk of Clerk <br> U.S. District Court, District of Columbia |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | George H. Finn |
| Address | 227 Springsteen Rd |
| | Windsor, NY 13865 |
| | *City / State / Zip Code* |
| County | Broome |
| Telephone Number | 607 206 7245 |
| E-Mail Address | ghfinnii@icloud.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United States of America Jeanine Ferris Pirro |
| Job or Title *(if known)* | U.S. Attorney |
| Address | 601 D Street, NW |
| | Washington D.C. 20001 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 202 252 7566 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | |
|---|---|
| E-Mail Address *(if known)* | usadc.webmaster@usdoj.gov |
| | ☐ Individual capacity   ☒ Official capacity |

**Defendant No. 2**

| | |
|---|---|
| Name | Department of Justice Pamela Bondi |
| Job or Title *(if known)* | Attorney General |
| Address | 950 Pennsylvania Avenue NW |
| | Wasshington D.C.    20530-0001 |
| | *City*    *State*    *Zip Code* |
| County | |
| Telephone Number | 202 514 2000 |
| E-Mail Address *(if known)* | |
| | ☐ Individual capacity   ☒ Official capacity |

**Defendant No. 3**

| | |
|---|---|
| Name | US District Court Northern District of New York David N Hurd |
| Job or Title *(if known)* | District Justice |
| Address | 10 Broad St |
| | Utica    NY    13501 |
| | *City*    *State*    *Zip Code* |
| County | |
| Telephone Number | 315 793 8151 |
| E-Mail Address *(if known)* | |
| | ☐ Individual capacity   ☒ Official capacity |

**Defendant No. 4**

| | |
|---|---|
| Name | District Court of Federal Claims |
| Job or Title *(if known)* | |
| Address | 717 Madison Place, NW |
| | Washington D.C.    20439 |
| | *City*    *State*    *Zip Code* |
| County | |
| Telephone Number | 202 357 6406 |
| E-Mail Address *(if known)* | |
| | ☐ Individual capacity   ☒ Official capacity |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

US Constitution Amendment VII The right to a trial by jury shall be preserved
US Constitution Amendment XIV. Violations of Due Process, Rights
28 USC Rule 38. Right to a Jury Trial; Demand

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

US Constitution Amendment V : Taking of property without Due Process of Law.
US Constitution Amendment VII : The right to a trial by jury shall be preserved
US Constitution Amendment XIV : Violations of Due Process Rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Upon filing suit in the Northern District, David N. Hurd denied the Jury Demand and decided the case independantly after claiming no jurisdiction, not in a courtroom and no jury as DEMANDED. DOJ on many occasions denied the plaintiffs complaint of Civil Rights stating they do not investigate such claims which allowed the taking of property without Due Process, only racial Civil Right's.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

NEW YORK STATE
SUPREME COURT OF NY 6th JD BROOME COUNTY
My attorney falsified a property deed presented to the Binghamton NY Supreme Court in 1984, NY Supreme Court appointed 3 lawyer's as commissioner's who swore to the court that the altered property deed represented the property ordered by the court to be transferred to me, the plaimtiff. I have proof that the two description's do not represent the same parcel of land.
US DISTRICT COURT NORTHERN DISTRICT of NEW YORK.
Issued a decision on plaintiffs Filing ignoring the JURY DEMAND stating that "A due process claim cannot lie against a private actor unless the allegedly unconstitutional conduct is "fairly attribute to the state" "In other words, the due process clause provides no shield against merely private conduct, however discriminitory or wrongful"
The Court assigned State acts to:
1. The three ourt appointed Attorney Commissioner's who swore to the Court, this is a state action.
2. The attorney that provided the false deed description to the appointed attorney commissioner's was also in the court proceeding in the transference of title in the case.
3. The Court itself was a CASUAL AGENT in the alledged theft.
4. Claimed the plaintiff's claim was subject to a three year Statute of Limitation ignoring
   a. Fraudulent concealment, nondisclosure of the deed alteration by the attorney.
   b. Discovery, the plaintiff clearly noted in his filing the date where the many years of false statements by the lawyer and legal firm were revealed.
5. The Court claimed no jurisdiction even though the plaintiff and one of the defendant's were resident's of different state's.
6. Decided the case even without Jurisdiction.
7. Decided the case ignoring the Jury Demand.
DISTRICT COURT of FEDERAL CLAIMS
1. Continually transcribed the plaintiffs claim against the UNited States based upon the Federal Court denial of Jury Demand as an appeal even with the numerous attempt's by the plaintiff to deny it was an appeal. The plaintiff then decided to go to the Appeals Court and without his knowledge the Claims Court decided the case, sending a notice from the clerk of the decision, no decision included.
UNITD STATES COURT of APPEALS for the SECOND CIRCUIT
1. Upheld the Northern District Court claim of no jurisdiction even after orally stating the different state residence of the plaintiff and one of the commissioner defendant's.
This claim spans 84 years and involves lawyers, courts and every agency in the State of New York and most Federal Agencies. It took the Plaintiff 41 years to piece the corruption together and I have undeniable prood, that is why the justice system will not allow it into a court.
My attorney falsified a property deed presented to the Binghamton NY Supreme Court in 1984, three (3) NY Supreme Court attorneys, apointed commissioners swore to the court that the alterated property deed represented the property ordered by the court transfered to me, the plaintiff. I have proof that the two description's do not represent the same parcel of land..
Licensed Land Surveryers falsified property surveys to uphold the falsification for the LLS surveror decendants of the family that attempted to claim the land in1940; but was Denied by the Supreme Court. in 1940. I have solved what transpired in history to initiate the attempt. The current attempt is nothing more than a corrupt community. The attorney that falsified the property deed also has a relative that is a justice in a New York Court.
The Hall of Records are denying entry, which is against the rules according to Specifications for Descriptions of Land from the Office of Management and Budget, United States Geographic Data Committee :
1. The plats/maps/diagrams should be adequately indexed, classified, and described.
2. They should be available for inspection and consultation by interested persons.
The Northern District claimed that it did not have jurisdiction; but decided the case even though the plaintiff and one of the many defendants were residents of differentt states. The Court claimed there were no state actors, even though the 3 attorneys were appointed by the court, the court itself was a Causal Agent and many State Sealed documents were falsified breaking federal law's.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

B. What date and approximate time did the events giving rise to your claim(s) occur?

Initial Supreme Court case was in April 1984
Decision by NY Northern District denying Court Entry 10/21/2022
Court of Claims 2022
Upheld by NY Court of Appeals 2nd Circuit denying Diversity Jurisdiction 2023
Statutes of Limitation.—A statute of limitations does not deprive one of property without due process of law
The Federal Crimes ignored is extensive.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Property was falsly taken by a law firm and its attorneys using the NY Supreme Court in Binghamton NY by altering plaintiffs property deed description. After piecing it together over 40 years I was denied entry into any court of law having requested judicial intervention and a jury trial. Not one official agency would do more than state "it's a court matter" even after all the denied attempts to get it into a court of law. I was defrauded out of thousands of dollars by land survey firm's and the law firm where I continually sought help, not knowing they were behind the theft of my property, Even with absolute proof I was never allowed to be heard.
I have physical proof verifying every aspect of all claimed falsehood'd and historical proof that instigated the attempt's throughout history. Thhis is whyI have aske to be heard by a jury that can evaluate my presented claim's that are close to 225 years of historical documents.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have fought depression and harming myself. The Veterans Administration wants me to speak to suicide prevention, I just keep fighting it alone. My family disowned me for not giving up half our land and moving on. Over the years the law firm that committed the deed falsification milked me for fund's every time I sought their help over the years. Three different land survey firm's defrauded me out of thousands of dollars for title research and then falseifying their work. The local district attorney when I showed the proof of one falsified land survey replied "Where's the crime?" Throughout these decades my property timber was harvested 3 times. Upon taking the first timber company to court, the surveyor walked with the justice with his arm over her shoulder's to a corner of the courtroom and talked. Upon returning the justice verbally blistered me and dismissed my claim. The next two occurances I did nothing but suffer the loss. I spent 41 years piecing the proof together rather than acting like a moron and taking the law into my own hands. FORTY ONE YEARS OF MY LIFE, what is 41 years of living worth? My children were deprived of year's of parental interaction from my focus being upon the property issue's. I was offered a signing bonus of $83,781.82 per acre of land as a signing bonus during the Natural Gas frenzy that went on around 1008 to 2010. For the 6 described acres stolen, it amounts to $83,781.82. The involved alteration has taken more than what is described, the involved parties continually take more.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court and jury to weigh the evidence and have the falsification of my fathers farm corrected, if the evidence is deemed justifiable. It would be an added gift to have every occupation that placed false seals on official document's lose their license. Lawyers and firms that commit federal crimes do not belong in our judicial syatem. I spent nearly $50,000 over the forty years on expense's, that would be nice to have repaid. I lost all my timber three times over the course of this corruption with no compensation. I would leave it to the court and jury to decide if there is any other compensation worthy of 41 year's of anguish. My greatest desire is my father's land back. I cannot ask for the time taken from being a parent, ther is no restitution for that.

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 16, 2025

Signature of Plaintiff: *George H Finn* 4:40 PM

Printed Name of Plaintiff: George H. Finn

#### B. For Attorneys

Date of signing: _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

_____ _____ _____
*City*          *State*   *Zip Code*

Telephone Number _____
E-mail Address _____